[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 02, 2008
THOMAS K. KAHN
CLERK

No. 05-10669
_____

D. C. Docket No. 00-00212 CV-FTM-29-DNF

BILLIE THOMPSON,
PATRICIA BROWN,

          Plaintiffs-Appellants,

  versus

GLADES COUNTY BOARD OF
COUNTY COMMISSIONERS,
GLADES COUNTY SCHOOL BOARD,
HOLLY WHIDDEN GREEN, Glades County
Supervisor of Elections,

          Defendants-Appellees,

ROBERT GIESLER, et al.,

          Defendants.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(July 2, 2008)**

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

The judges of the en banc court are equally divided on the proper disposition of this case. Therefore, the judgment of the district court is AFFIRMED by operation of law.